IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JO-ANN GOLDMAN, CHAPTER 13 TRUSTEE | * * * | |
| Appellant/Cross-Appellee | * * | |
| v. | * * | No. 5:06CV00301 JLH |
| JAMES MORGAN AND LINDA MORGAN | * * * | APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE |
| Debtors/Appellee/Cross-Appellant | * * * | EASTERN DISTRICT OF ARKANSAS No. 5:03BK12580M |

## JUDGMENT

The order of the bankruptcy court directing Goldman to reimburse the Morgans' estate $10,000 plus interest is reversed. This action is remanded for further proceedings consistent with the opinion and order entered separately today. The bankruptcy court's orders dismissing the Morgans' complaint for turnover and denying their motion to amend judgment or for new trial are affirmed.

IT IS SO ORDERED this 15th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE